UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LOUIS DANIEL SMITH, a/k/a Daniel Smith, a/k/a Daniel Votino,<br><br>Defendant. | No. CR-13-014-RMP-1<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR MODIFICATION** |

Defendant's unopposed Motion to modify his conditions of release to permit a curfew, **ECF No. 174,** is **GRANTED**. Pretrial Services reports Defendant is fully compliant with his conditions of release and does not oppose the modification; the United States also represents it does not oppose the modification. Accordingly, a daily curfew of **10:00 p.m. to 6:00 a.m.** is substituted for the home detention condition; provided, however, all other conditions of release remain, including electronic or GPS monitoring.

**IT IS SO ORDERED.**

DATED August 9, 2013.

S/ CYNTHIA IMBROGNO
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING UNOPPOSED MOTION FOR MODIFICATION - 1