UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LOUIS DANIEL SMITH, also known as Daniel Smith, also known as Daniel Votino; KARIS DELONG, also known as Karis Copper; TAMMY OLSON; and CHRIS OLSON,<br><br>Defendant. | NO: CR-13-14- RMP-1<br><br>ORDER DENYING DEFENDANT LOUIS DANIEL SMITH'S MOTION FOR RECONSIDERATION |
|---|---|

**BEFORE THE COURT** is a motion for reconsideration filed by Defendant Louis Daniel Smith, ECF No. 209. Mr. Smith moves the Court to reconsider its Order denying his two previous motions for sanctions, ECF Nos. 190, 205 & 208. The motion for reconsideration was heard without oral argument. Mr. Smith is appearing *pro se*. Christopher Parisi has appeared on behalf of the Government.

Mr. Smith's motion for reconsideration primarily restates the arguments that he made in his two prior motions for sanctions and at the pretrial conference held

ORDER DENYING MOTION FOR RECONSIDERATION ~ 1

October 21, 2013.  The Court already has considered those arguments and finds no basis to reconsider them here.

Mr. Smith also complains in his motion for reconsideration that the Government did not deliver his MacBook computer following the October 21, 2013, pretrial conference, as the Government had represented that it would. However, the Government explained that the MacBook computer was delivered to standby counsel Terrance Ryan on October 25, 2013, at which point it was available for Mr. Smith to retrieve.  ECF No. 211, at 2.  Mr. Smith admits that the MacBook was sent to the office of standby counsel.  ECF No. 212, at 6.

Accordingly, **IT IS HEREBY ORDERED** that Mr. Smith's Motion to Reconsider Imposition of Sanctions, **ECF No. 209**, is **DENIED**.

The District Court Clerk is directed to enter this Order and provide copies to counsel and pro se Defendant Louis Smith.

**DATED** this 8th day of November 2013.

                     *s/ Rosanna Malouf Peterson*
                     ROSANNA MALOUF PETERSON
                     Chief United States District Court Judge